# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CEDRIC M. HOLLINS, JR.                                                      PLAINTIFF
ADC #141321

V.                              No. 4:20CV01213-LPR-JTR

MOSS, Corporal, Tucker, Unit, *et al.*                                      DEFENDANTS

## ORDER

Service upon Defendant Corporal Moss was returned unexecuted. *Doc. 6*. The Clerk is directed to prepare a summons for Moss at his sealed last-known mailing address. *Id.* The United States Marshal is directed to serve the summons and Complaint (*Doc. 2*), and this Order, on Moss without prepayment of fees and costs or security therefor. **Moss's sealed address must be redacted from the return of service and all other public portions of the record.**

IT IS SO ORDERED this 9th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE