# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CEDRIC M. HOLLINS, JR.　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #141321

V.　　　　　　　　　　No. 4:20CV01213-LPR-JTR

MOSS, Corporal, Tucker, Unit, *et al.*　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Separate Defendants Captain Tasha Griffin, Warden Joe Page III, and Warden Hurst have filed a Motion to Dismiss and a Brief in Support (*Docs. 13 & 14)* alleging that the § 1983 claims against them by Plaintiff Cedric M. Hollins, Jr. ("Hollins") should be dismissed because the facts alleged fail to state a claim for which relief can be granted. Hollins must respond to that Motion.

IT IS THEREFORE ORDERED THAT:

1.　Hollins must file, **on or before January 11, 2021**, a Response to Separate Defendants' Motion to Dismiss (*Doc. 13*).

2.　Hollins is advised that, if he fails to timely respond to this Order, his claims against Griffin, Page, and Hurst are subject to dismissal pursuant to the Federal Rules of Civil Procedure and Local Rule 5.5(c)(2).

3.　The Clerk is directed to amend the docket sheet to reflect that Defendant "Hurst" is now "Thomas Hurst," as stated in the Motion to Dismiss.

IT IS SO ORDERED this 9th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE