UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CEDRIC M. HOLLINS, JR.**            PLAINTIFF
**ADC #141321**

V.                    No. 4:20-cv-01213-LPR-JTR

**MOSS, Corporal, Tucker, Unit,** *et al.*            DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so (which the Court already extended for 30 days upon request of Mr. Hollins) has now expired. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants Griffin, Hurst, and Page's Motion to Dismiss[1] is GRANTED. Defendant Moss' Motion to Dismiss[2] is GRANTED. Defendant Dr. Horan's Motion for Summary Judgment[3] is GRANTED. Mr. Hollins' claims are DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of August, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Motion to Dismiss (Doc. 13).
[2] Motion to Dismiss (Doc. 20).
[3] Motion for Summary Judgment (Doc. 25).