UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CEDRIC M. HOLLINS, JR.**                                                                         **PLAINTIFF**
**ADC #141321**

V.                               No. 4:20-cv-01213-LPR-JTR

**MOSS, Corporal, Tucker, Unit,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on August 5, 2021, it is considered, ordered, and adjudged that this case is DISMISSED, without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment and Order dismissing this case would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of August, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE